UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 09-815 SGL (Cwx) | Date | November 16, 2009 |
|---|---|---|---|
| Title | Patricia Spiller v. GC Services | | |

| Present: The Honorable | Carla M. Woehrle, United States Magistrate Judge | |
|---|---|---|
| Donna Y. Thomas | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| n/a | n/a |

**Proceedings:**   Entry of Agreed Protective Order

.      Pursuant to the parties' stipulation, the court has entered an agreed protective order providing for the designation of certain material as confidential.  The order as entered by the court describes the particular categories of documents which may be so designated.  It is entered without prejudice to the parties' submission of a further agreed protective order describing other kinds or categories of documents which properly satisfy the good cause standard for issuance of a protective order under Fed. R. Civ. P. 26.

cc:     Counsel of Record

:

Initials of Preparer

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 09-815 SGL (Cwx) | Date | November 16, 2009 |
|---|---|---|---|
| Title | Patricia Spiller v. GC Services | | |